**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1170**

---

MONIKA GONZALEZ,

Plaintiff - Appellant,

versus

JAMES ASKINS, Dr.; STANLEY K. GILBERT, Dr.;
WILLIAM S. BRITT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-97-224-5-BR)

---

Submitted: April 15, 1999      Decided: April 21, 1999

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Monika Gonzalez, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monika Gonzalez appeals the district court's order denying her motion to reopen her case. We have reviewed the record and find no reversible error. Gonzales has not stated any reason which warrants granting her relief from the judgment dismissing her complaint. <u>See</u> Fed. R. Civ. P. 60(b). Accordingly, we affirm. We deny Gonzalez's motion to adopt attachments filed in a prior appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>